## BERRYHILL v. BYINGTON.

1. CONVEYANCES: CONCURRENT CONDITIONS. When a conveyance of real estate is to be executed upon the payment of the purchase money, the acts are so far dependant that the grantor can not recover in an action for the purchase money without showing a performance on his part, by a tender of a deed of conveyance, or an offer to convey upon payment.

*Appeal from Johnson District Court.*

FRIDAY, DECEMBER 23.

ACTION on promissory notes. The facts are stated in the opinion of the court.

*Le Grand Byington pro se.*

*Bullock & Downs* for the appellee.

STOCKTON, J.—The answer of the defendant avers that the

notes sued on were given as part consideration for a tract of land which the plaintiff by his obligation in writing bound himself to convey to the defendant upon the payment of the notes, and that the plaintiff had never at any time executed or delivered, or offered to execute or deliver to defendant any deed of conveyance for said land or any part thereof.

The demurrer to this answer was improperly sustained. Where the conveyance is to be executed upon the payment of the purchase money, the two acts are so far dependent, that to entitle the plaintiff to recover, he must show a performance or offer to perform on his part, by the tender of a conveyance, or an offer to convey on the payment of the purchase money. See *School District* v. *Royers*, 8 Iowa, 316 1859 ; 2 Hill. Vendors, page 71.

Judgment reversed.